JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE B. COTTON,<br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security, | Case No. 8:24-cv-01515-SK<br><br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

    **IT IS SO ORDERED.**

Dated: January 30, 2025  _____
                                                                             THE HONORABLE STEVE KIM
                                                                              U.S. MAGISTRATE JUDGE